IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| LUCAS TAVARES | Violation: 18 U.S.C. § 1951 |

**Interference with Commerce by Robbery**

The Grand Jury Charges:

On or about March 5, 2024, in the District of North Dakota,

LUCAS TAVARES

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of money and cigars from Loaf 'N Jug, 1201 N. University Dr., Fargo, North Dakota, a business entity engaged in interstate commerce, against its employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person;

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/th